**Order entered January 27, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01520-CV

**JOHNNY WIMBREY, WIMBREY GLOBAL INC., WIMBREY TRAINING SYSTEM, WIMBREY WORLDWIDE MINISTRIES, ROYAL SUCCESS CLUB LLC, AND ROYAL LIFE, Appellants**

**V.**

**WORLDVENTURES MARKETING, LLC, Appellee**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-06212-2019**

## ORDER

Before the Court is appellants' January 24, 2020 unopposed second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief due by February 18, 2020.

/s/     KEN MOLBERG
JUSTICE